UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| REGINALD EDWARDS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-08-371 |
| | § | |
| OSCAR MENDOZA, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On August 14, 2009, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that defendants' motion for summary judgment (D.E. 24) be denied, and that this case proceed to trial on the merits. On August 31, 2009, defendants filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and defendants' objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED that defendants' motion for summary judgment is denied and this case shall proceed to trial on the merits.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 19th day of November, 2009.

Janis Graham Jack
United States District Judge